SO ORDERED: September 29, 2023.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| OPYS HOLDINGS INC., *et al.*,[1] | Case No. 23-03909-RLM-11 |
| Debtor. | (Jointly Administered) |

**ORDER GRANTING APPLICATION TO EMPLOY RUBIN & LEVIN, P.C.,
AS COUNSEL TO DEBTORS EFFECTIVE AS OF THE PETITION DATE**

This matter came before the Court on *the Application to Employ Rubin & Levin, P.C. as Counsel to Debtors Effective as of the Petition Date* (the "Application")[2] [Doc 17], filed by the above-captioned debtors (collectively, "Debtors"), requesting entry of an order, pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014 and S.D.Ind. B-2014-1,

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are OPYS Holdings Inc. [7412], OPYS Physician Services, LLC [4749], OPYS Locums, LLC [4546], Pacific Telemedicine Network LLC [9205], Empire Physician Services, LLC [2427], Portage Staffing Solutions, LLC [6240] and TriStar Physician Services, LLC [0122]. The location of the Debtors' service address for the purpose of these chapter 11 cases is: One Indiana Square, Suite 2060, Indianapolis, IN 46204.

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

authorizing the Debtors to employ Rubin & Levin as their counsel in these cases effective as of the Petition Date.

The Court, having considered the Theisen Declaration and the Application, noting that no objections have been filed, and appearing that the relief requested in the Application is in the best interests of the Debtors' bankruptcy estates and creditors, and being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. The Debtors are hereby authorized to employ and retain Rubin & Levin, effective as of the Petition Date, as their counsel, pursuant to sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014.

3. Rubin & Levin shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these cases in compliance with the applicable provisions of the Bankruptcy code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court.

4. Rubin & Levin is authorized to render professional services to the Debtors as described in the Application.

5. The Debtors and Rubin & Levin are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

###