**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| OPYS HOLDINGS INC., *et al.*,[1] | Case No. 23-03909-RLM-11 |
| Debtor. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2023 the *Order Granting Debtors' Omnibus Motion to Reject Certain Leases of Nonresidential Real Property Effective as of the Petition Date* **[Doc 71]** (the "Order") was electronically filed.

Notice of the Order was sent to parties through the Court's Electronic Case Filing System. Parties may access the Order through the Court's system.

The undersigned further certifies that on October 4, 2023, a copy of the Order was sent by first-class U.S. Mail, postage prepaid, and properly addressed, as indicated, to the following:

West Knoxville Office Holdings, LLC
c/o NAI Koella R.M. Moore Inc.
255 N. Peters Road, Suite 101
Knoxville, TN 37923

West Knoxville Office Holdings, LLC
c/o Michael L. Gorney, Registered Agent
3811 Cleghorn Ave.
Nashville, TN 37215

Home Development Inc.
120 Suburban Road
Knoxville, TN 37923

Home Development Inc.
c/o Robyn Jarvis Askew, Registered Agent
620 Market Street, Fl. 5
Knoxville, TN 37902

---

[1]   The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are OPYS Holdings Inc. [7412], OPYS Physician Services, LLC [4749], OPYS Locums, LLC [4546], Pacific Telemedicine Network LLC [9205], Empire Physician Services, LLC [2427], Portage Staffing Solutions, LLC [6240] and TriStar Physician Services, LLC [0122]. The location of the Debtors' service address for the purpose of these chapter 11 cases is: One Indiana Square, Suite 2060, Indianapolis, IN 46204.

Respectfully submitted,

RUBIN & LEVIN, P.C.

Date: October 4, 2023

*/s/ Meredith R. Theisen*
    Meredith R. Theisen

James E. Rossow Jr., Esq.
Meredith R. Theisen, Esq.
Matthew T. Barr, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 263-9411
Email: jim@rubin-levin.net
      mtheisen@rubin-levin.net
      mbarr@rubin-levin.net

*Proposed Counsel for the Debtors*

g:\wp80\bankrupt\opys holdings-financial consultation-86802901\drafts\cos - order motion reject leases.docx